IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FRANKLIN PARKER, Individually and on behalf of
all others similarly situated;
FAIR MAIDEN SEAFOOD, LLC, Individually and on
behalf of all others similarly situated;
THOMAS BECKER, Individually and on behalf of
all others similarly situated;
DESPORTE & SONS INC., Individually and on behalf of
all others similarly situated; AND
CLARK SEAFOOD COMPANY, INC., Individually and
on behalf of all others similarly situated             PLAINTIFFS

VERSUS             CIVIL ACTION NO. 1:10-CV-174 HSO-JMR

TRANSOCEAN L TD;
BP, PLC;
BP PRODUCTS NORTH AMERICA, INC.;
BP AMERICA, INC.;
TRANSCOCEAN OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.;
HALLIBURTON ENERGY SERVICES, INC.;
CAMERON INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION;
JOHN AND JANE DOES A - G; AND
CORPORATIONS W; X; Y AND Z             DEFENDANTS

### NOTICE OF DISMISSAL

The Plaintiffs file this Notice Of Dismissal without prejudice under Fed.R.Civ.P. 41(a)(1)(A)(i):

1. The Plaintiffs filed a Complaint on April 30, 2010.

2. The Defendants have not been served with process.

3. On May 7, 2010, Defendants BP America, Inc. and BP Products North America, Inc., (collectively, the "BP" Defendants) moved for a temporary stay of the case until the Judicial Panel on Multidistrict Litigation ("JPML") acts on a motion for MDL consolidation. (**Doc. 21**). The BP Defendants allege that a separate corporation, BP

Exploration & Production, Inc. ("BP Exp") filed a motion, also on May 7, 2010, to consolidate cases related to the Deepwater Horizon incident before a Multidistrict Litigation Court. *Id.*, at 2, para. 3.

4. No Defendant in this case has served an answer or motion for summary judgment.

5. A class has not been certified in this case.[1] A receiver has not been appointed in the case. The case is not governed by a federal statute that requires a court order for dismissal of the case.

6. This dismissal is without prejudice, with each party to bear their own costs.

This the 10th day of May, 2010.

Respectfully submitted,

BY: /s/ *(signature)*

Attorney For Plaintiffs

Clyde H. Gunn, (MSB #5074)
Christopher C. Van Cleave, (MSB #10796)
W. Corban Gunn, (MSB #101752)
David N. Harris, Jr. (#100790)
CORBAN, GUNN& VAN CLEAVE, PLLC
Post Office Drawer 1916
Biloxi, Mississippi 39533
Telephone: (228) 432-7826
Facsimile: (228) 456-0998

Danny Earl Cupit
Law offices of Danny E Cupit
PO Box 22929
Jackson, Mississippi 39225-2929
Telephone: 601-355-2099
Facsimile: 601-355-2175

---

[1] Under the 2003 Amendment to Fed.R.Civ.P. 23(e), court approval to dismiss this case is required only where there is a "certified class."

2

Crymes G. Pittman
Pittman Germany Roberts & Welsh
410 S President St
PO Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187

Joe Sam Owen
Ben F. Galloway
Robert P. Myers, Jr.
Owen, Galloway & Myers
1414 25th Avenue
PO Drawer 420
Gulfport, Mississippi 39502-0420
Telephone: 228-868-2821
Facsimile: 228-864-6421

Judy M. Guice
PO Box 1919
Biloxi, Mississippi 39533-1919
Telephone: 228-374-9787
Facsimile: 228-374-9436

Leslie Dean Holleman
Timothy Charles Holleman
Boyce Holleman & Associates
1720 23rd Ave
Gulfport, Mississippi
Telephone: 228- 863-3142
Facsimile: 288-863-9829

Wynn E. Clark
2510 16th Street
Gulfport, MS 39501- 2801
Telephone: 228-575-9996
Facsimile: 228-575-9030

John Gaylan Clark
PO Drawer 1268
Pascagoula, Mississippi 39568-1268
Telephone: 228-762-7877
Facsimile: 228-762-5414

Alben N Hopkins

Mariano Javier Barvie
Norris Hopkins
PO Box 1510
Gulfport, Mississippi 39502-1510
Telephone: 228-864-2200
Facsimile: 228-868-9358

Earl L. Denham
Denham Law Firm
PO Drawer 580
Ocean Springs, MS 39564-0580
Telephone: 228-875-1234
Facsimile: 228-875-4553

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, I electronically filed, a true copy of the foregoing Notice Of Dismissal with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants.

This the 10th day of May, 2010.

/s/ Sydney H. Kennedy

**ATTORNEY FOR PLAINTIFFS**

4