UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

May 20, 2010

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Mr. Jeffery N. Luthi
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   1:10cv173 HSO-JMR     Hopper vs. Cameron International Corporation, et al.
      1:10cv174 HSO-JMR     Parker, et al. vs. Transocean, Ltd., et al.
      1:10cv183 HSO-JMR     Duyn, et al. vs. Cameron International Corporation, et al.

Dear Mr. Luthi:

It has come to the attention of the clerk's office that the captioned litigations may involve issues related to the Oil Spill by the Oil Rig "Deepwater Horizon Liability Litigation, MDL 2179.  If so, these litigations may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel.

According to the directive of your office, we enclose a copies of the docket sheet, as well as a copies of the complaint which has been filed in this cause.  By copy of this letter, we are noticing the attorneys for the parties of these actions.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. Noblin, Clerk

By:___R. White_____
       Deputy Clerk

Encls.

cc:   Counsel (by NEF)