LAW OFFICES OF
# JUDY M. GUICE
A PROFESSIONAL ASSOCIATION

May 21, 2010

Mr. J. T. Noblin, Clerk
United States District Court
2012 15th Street, Suite 403
Gulfport, MS 39501

Mr. Jeffrey N. Luthi
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N.E. #G-255
Washington, D.C. 20002-8000

    Re: *Parker, et al. v. Transocean, Ltd., et al.*
          Civil Action No. 1:10cv174 HSO-JMR

Gentlemen:

    Concerning the correspondence of May 20, 2010, from Mr. White to Mr. Luthi, please be advised the above referenced action was closed on May 10, 2010, by virtue of a notice of voluntary dismissal. Accordingly, there is no active case pending subject to transfer.

    Naturally, if you have any questions or further is needed, please do not hesitate to contact me.

    With best regards, I am

                                Sincerely,

                                JUDY M. GUICE

JMG/rlp
cc:    Clyde H. Gunn, III, Esquire
        Christopher C. Van Cleave, Esquire
        W. Corban Gunn, Esquire
        David N. Harris, Jr., Esquire

750 MARTIN LUTHER KING JR. BLVD. • BILOXI, MS 39530
POST OFFICE BOX 1919 • BILOXI, MS 39533
228.374.9787 • FAX 228.374.9436
E-MAIL: judy@judyguice.com

Mr. J. T. Noblin, Clerk
Mr. Jeffrey N. Luthi
May 21, 2010
Page Two


cc:     Danny Cupit, Esquire
        Crymes G. Pittman, Esquire
        Robert G. Germany, Esquire
        Joe Sam Owen, Esquire
        Ben F. Galloway, Esquire
        Robert P. Myers, Jr., Esquire
        Charles C. Wimberly, III, Esquire
        Leslie Dean Holleman, Esquire
        Timothy C. Holleman, Esquire
        Wynn E. Clark, Esquire
        John Gaylan Clark, Esquire
        Alben N. Hopkins, Esquire
        Mariano J. Barvie, Esquire
        A. Norris Hopkins, Jr., Esquire
        Earl L. Denham, Esquire
        Leilani Leith Hill, Esquire
        Israel A. Denham, Esquire
        Albert R. Jordan, IV, Esquire
        Kristopher W. Carter, Esquire
        Thomas W. Tardy, III, Esquire
        Marcy B. Croft, Esquire
        Jason D. Watkins, Esquire
        Richard Salloum, Esquire